**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6227**

———————

RENARD TYRONE MURRAY,

Petitioner - Appellant,

versus

ARCHIE GEE, Warden; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-96-2170-AW)

———————

Submitted:  June 24, 1997          Decided:  September 16, 1997

———————

Before MURNAGHAN, HAMILTON, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Renard Tyrone Murray, Appellant Pro Se.  Ann Norman Bosse, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Renard Tyrone Murray appeals from the district court's denial of his 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997) motion. We dismiss.

Murray contends that the magistrate judge and district court erred in denying his motion under § 2254(d) because he was never given a full and fair hearing on the facts by the state court on the issue of whether his attorney was ineffective for failing to pursue a motion to dismiss for speedy trial violations. We find that even assuming Murray's allegation to be true, he has failed to demonstrate prejudice under Hill v. Lockhart, 474 U.S. 52 (1985), because he has not shown a violation of either the Maryland Speedy Trial Act or the speedy trial guarantee of the Sixth Amendment. Accordingly, we deny a certificate of appealability and dismiss. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED